```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
HILARY A. BEST,                                                   :
                                                                  :
                                        Plaintiff,                :     1:21-cv-779-GHW
                                                                  :
                -v -                                              :     ORDER
                                                                  :
JAMES MERCHANT, et al.,                                           :
                                                                  :
                                        Defendants.               :
                                                                  :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/2021

GREGORY H. WOODS, United States District Judge:

The Plaintiff's September 15, 2021 request to adjourn the pre-motion conference regarding Defendant's proposed motion to dismiss, Dkt. No. 23, is granted. The pre-motion conference scheduled for September 24, 2021 is adjourned to October 5, 2021 at 3:00 p.m. The conference will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007. The parties are directed to appear before the Court at that time.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: September 16, 2021
       New York, New York

_____
GREGORY H. WOODS
United States District Judge