USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
HILARY A. BEST,                                                     :
                                                                    :
                                    Plaintiff,                      :        1:21-cv-779-GHW
                                                                    :
              -v -                                                  :        ORDER
                                                                    :
JAMES MERCHANT, et al.,                                             :
                                                                    :
                                    Defendants.                     :
                                                                    :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    For the reasons stated on the record during the conference held on October 20, 2021, the Court denies Defendants' request for leave to file a motion to dismiss at this time. The deadline for Defendants to file a new letter requesting leave to file a motion to dismiss is December 3, 2021. The deadline for defendant to answer or otherwise respond to the complaint is extended to December 3, 2021. Discovery in this case is stayed until December 3, 2021. Defendants are directed to make any request to extend the stay of discovery in Defendants' letter requesting leave to file a motion to dismiss.

    SO ORDERED.

Dated: October 20, 2021
       New York, New York

                                            _____
                                               GREGORY H. WOODS
                                            United States District Judge