```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                        :
HILARY A. BEST,                                   :
                                                                       :
                                    Plaintiff,        :                1:21-cv-779-GHW
                                                                       :
                           -v -                               :                <u>ORDER</u>
                                                                       :
JAMES MERCHANT, et al.,          :
                                                                       :
                                          Defendants.  :
                                                                       :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      The Court has received Plaintiff's letter dated November 22, 2021, Dkt. No. 31, which notifies the Court that the Court's November 17, 2021 order, Dkt. No. 30, inadvertently described Robert Wennemer as counsel for Plaintiff. The Court's November 17, 2021 is hereby modified to state that Robert Wennemar was granted leave to withdraw as counsel for Defendant, not counsel for Plaintiff.

      The Clerk of Court is directed to mail a copy of this order to Plaintiff.

      SO ORDERED.

Dated: December 1, 2021
       New York, New York

                                                               GREGORY H. WOODS
                                                             United States District Judge