USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                        :

HILARY A. BEST,                                :

                          Plaintiff,       :          1:21-cv-779-GHW

                   -v -                         :          <u>ORDER</u>

JAMES MERCHANT, et al.,          :

                     Defendants.  :

------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Defendants' request for an extension of time to file a new letter requesting leave to file a motion to dismiss, Dkt. No. 33, is granted. The deadline for Defendants to file a new letter requesting leave to file a motion to dismiss is January 7, 2022. The deadline for Defendants to answer or otherwise respond to the complaint is extended to January 7, 2022. Discovery in this case is stayed until January 7, 2021.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 33 and to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: December 2, 2021
       New York, New York

                                                                     _____
                                                                      GREGORY H. WOODS
                                                                   United States District Judge