```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                           :
HILARY A. BEST,                                    :
                                                                          :
                                          Plaintiff,   :              1:21-cv-779-GHW
                                                                           :
                                -v -                                                :                 ORDER
                                                                           :
JAMES MERCHANT, et al.,                  :
                                                                           :
                                          Defendants.   :
                                                                           :
---------------------------------------------------------------- X
GREGORY H. WOODS, United States District Judge:

     For the reasons stated on the record during the conference held on January 18, 2022, Defendants' request for leave to file a motion to dismiss, Dkt. No. 37, is granted. The deadline for Defendants to file and serve its motion to dismiss is February 21, 2022. Plaintiff's opposition is due no later than March 21, 2022; Defendants' reply, if any, is due no later than April 14, 2022.

     The Clerk of Court is directed to mail a copy of this order to Plaintiff.

     SO ORDERED.

Dated: January 18, 2022
       New York, New York

                                                                                      GREGORY H. WOODS
                                                                             United States District Judge