USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                                                    :

HILARY A. BEST,                                    :

                                Plaintiff,      :                  1:21-cv-779-GHW

                                                         :

                       -v -                              :                    <u>ORDER</u>

                                                         :

JAMES MERCHANT, et al.,              :

                                                         :

                                Defendants.  :

                                                          :
--------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       On January 18, 2022, the Court received an email from Plaintiff wherein Plaintiff rescinded the withdraw of his false arrest claim that he made on the record at the conference held on January 18, 2022. Dkt. No. 40. Accordingly, the Court understands that Plaintiff continues to assert a false arrest claim in this action and therefore expects that Defendant's proposed motion to dismiss will address the false arrest claim.

       The Clerk of Court is directed to mail a copy of this order to Plaintiff.

       SO ORDERED.

Dated: January 20, 2022
       New York, New York

                                                       _____
                                                            GREGORY H. WOODS
                                                          United States District Judge