```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
HILARY A. BEST,                                                :
                                                               :
                                   Plaintiff,                  :     1:21-cv-779-GHW
                                                               :
                  -v -                                         :     ORDER
                                                               :
JAMES MERCHANT, et al.,                                        :
                                                               :
                                   Defendants.                 :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Plaintiff's request for an extension of time to file an amended complaint and to file an opposition to Defendants' motion to dismiss, Dkt. No. 49, is granted. Plaintiff's anticipated amended complaint is due no later than May 13, 2022. Plaintiff's opposition is due no later than May 20, 2022. Defendant's reply, if any, is due no later than June 1, 2022.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: March 17, 2022
       New York, New York                    _____
                                             GREGORY H. WOODS
                                             United States District Judge