```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
HILARY A. BEST,                                                :
                                                               :
                              Plaintiff,                       :    1:21-cv-779-GHW
                                                               :
                   -v -                                        :    ORDER
                                                               :
JAMES MERCHANT, et al.,                                        :
                                                               :
                              Defendants.                      :
                                                               :
-------------------------------------------------------------- X
```

GREGORY H. WOODS, United States District Judge:

Plaintiff's request for an extension of time to file an amended complaint or to file an opposition to Defendants' motion to dismiss, Dkt. No. 56, is granted. To clarify, Plaintiff is not required to file both an amended complaint and an opposition to Defendants' motion to dismiss. Plaintiff should only file one, not both. If Plaintiff wishes to file an amended complaint, Plaintiffs' amended complaint is due no later than June 16, 2022. If, on the other hand, Plaintiff wishes to file an opposition to Defendants' motion to dismiss instead of an amended complaint, Plaintiff's opposition is due no later than June 23, 2022. If Plaintiff files an opposition, Defendant's reply, if any, is due no later than June 30, 2022.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: May 18, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge