USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
                                                                                   :

HILARY A. BEST,                                         :

                                                      Plaintiff,     :                1:21-cv-779-GHW
                                                                          :

                                                         -v -                           :                  <u>ORDER</u>

                                                                          :

JAMES MERCHANT, et al.,                      :

                                                                          :

                                                       Defendants.   :

                                                                          :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        In response to Defendant's February 2, 2022 motion to dismiss, Dkt. No. 43, Plaintiff has amended his complaint pursuant to Rule 15(a)(1)(B).  Accordingly, Defendant's motion to dismiss is denied as moot.  Pursuant to the Court's Individual Rule 3(D), the deadline for Defendant to answer or otherwise respond to the amended complaint is July 7, 2022.

        The Clerk of Court is directed to terminate the motion pending at Dkt. No. 43 and to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: June 17, 2022
          New York, New York

                                                                       _____
                                                                             GREGORY H. WOODS
                                                                           United States District Judge