```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                 :
HILARY A. BEST,                          :

                           Plaintiff,    :          1:21-cv-779-GHW

                     -v -                          :                <u>ORDER</u>

JAMES MERCHANT, et al.,           :

                        Defendants.   :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      Plaintiff's request for an extension of time to file an opposition to Defendants' motion to dismiss, Dkt. No. 69, is granted in part. Plaintiff's opposition is due no later than September 22, 2022. Defendant's reply, if any, is due September 29, 2022.

      The Clerk of Court is directed to mail a copy of this order to Plaintiff.

      SO ORDERED.

Dated: August 30, 2022
       New York, New York

                                                        GREGORY H. WOODS
                                                       United States District Judge