```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
HILARY A. BEST,                                                   :
                                                                  :
                                        Plaintiff,                :      1:21-cv-779-GHW
                                                                  :
                        -v -                                      :              ORDER
                                                                  :
JAMES MERCHANT, New York City Correction                          :
Officer, Shield #8237, et al.                                     :
                                                                  :
                                        Defendants.               :
                                                                  :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/2023

GREGORY H. WOODS, United States District Judge:

On December 9, 2022, this Court dismissed Plaintiff's claims in part, but gave Plaintiff twenty-one days to replead (a) his malicious prosecution claim against Defendant Fontanez and (b) his municipal liability claim against the City of New York. Dkt. No. 84 at 17–18. No amended complaint has been filed. Given Plaintiff's pro se status, the Court *sua sponte* extends the time by which Plaintiff may file his amended complaint to fourteen days from the date of this order. However, Plaintiff should not expect any further extensions of time, particularly in light of previous extensions that have been granted in this case. *See* Dkt. Nos. 70, 72, 74.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: January 6, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge