```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
HILARY A. BEST,                                                  :
                                                                 :
                                      Plaintiff,                 :    1:21-cv-779-GHW
                                                                 :
                  -v -                                           :    ORDER
                                                                 :
JAMES MERCHANT, New York City Correction                         :
Officer, Shield #8237, et al.,                                   :
                                                                 :
                                      Defendants.                :
                                                                 :
---------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/2023

GREGORY H. WOODS, United States District Judge:

As discussed at the March 22, 2023 conference, counsel for Defendants is directed to comply with this Court's December 9, 2022 *Valentin* order, Dkt. No. 85, no later than April 5, 2023. Plaintiff may file an amended complaint using that information by no later than May 5, 2023. As described in the Court's order at Dkt. No. 85, Plaintiff's amended complaint would *replace*, not supplement, the prior complaint. If Plaintiff files an amended complaint in accordance with this order, the Court will, if necessary, issue an order asking Defendants to waive service.

The Clerk of Court is directed to mail a copy of this order and the Court's case management plan at Dkt. No. 96 to Plaintiff.

SO ORDERED.

Dated: March 22, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge