```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
HILARY A. BEST,                                                     :
                                                                    :
                                                Plaintiff,          :     1:21-cv-779-GHW
                                                                    :
                              -v -                                  :     ORDER
                                                                    :
JAMES MERCHANT, New York City Correction                            :
Officer, Shield #8237, et al.,                                      :
                                                                    :
                                                Defendants.         :
                                                                    :
------------------------------------------------------------------- X
```

GREGORY H. WOODS, United States District Judge:

On January 25, 2023, this Court entered an order that—among other things—required "[a]ll parties" to "register promptly as filing users on ECF." Dkt. No. 91 at 1. That instruction was partially in error: as a *pro se* litigant, Mr. Best is not required to use the ECF filing system. He may, if he wishes, continue to file documents through the Court's *pro se* office.

If Mr. Best *wishes* instead to use ECF, he may:

- Register for consent to receive electronic notices and documents in this case by using the form available here: https://www.nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases, and/or,

- Register to file documents through the ECF system through the form available here: https://www.nysd.uscourts.gov/forms/motion-permission-electronic-case-filing-pro-se-cases.[1] If Mr. Best completes and files this registration, the Court will review it and determine whether Mr. Best's application to file documents through ECF should be approved.

To be clear, Mr. Best is not *required* to complete either of these forms. He may instead continue to file documents through the Court's pro se office if he wishes.

---

[1] This second form requires Mr. Best to complete a CM/ECF instruction course. That requirement can be completed by watching videos on the ECF training website here: https://nysd.uscourts.gov/programs/ecf-training.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: May 19, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge