```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                :
HILARY A. BEST,                              :
                                                :
                                      Plaintiff,    :          1:21-cv-779-GHW
                                                :
                            -v -                     :          <u>ORDER</u>
                                                  :
JAMES MERCHANT, *New York City Correction*  :
*Officer, Shield #8237*, *et al.*,                :
                                                :
                                  Defendants.  :
                                                  :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       On May 31, 2023, Mr. Best submitted his fourth amended complaint in this case. Dkt. No. 108. The complaint added the names of the two officers whom Corporation Counsel had provided pursuant to this Court's *Valentin* order, and also included two "Sgt. Jane Does." *See id.* at 4–4.1. The Court reminds Corporation Counsel of its obligation, pursuant to the Court's *Valentin* order, to identify any Jane or John Doe defendants (who have not already been identified) who were involved in Plaintiff's transfer from Rikers Island to Creedmoor. *See* Dkt. No. 85.

       The Clerk of Court is directed to mail a copy of this order to Plaintiff.

       SO ORDERED.

Dated: June 5, 2023
       New York, New York
                                                                     _____
                                                                       GREGORY H. WOODS
                                                                 United States District Judge