```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
HILARY A. BEST,                                                  :
                                                                 :
                                     Plaintiff,                  :     1:21-cv-779-GHW
                                                                 :
                      -v -                                       :     ORDER
                                                                 :
JAMES MERCHANT, New York City Correction                         :
Officer, Shield #8237, et al.,                                   :
                                                                 :
                                     Defendants.                 :
                                                                 :
---------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/2023

GREGORY H. WOODS, United States District Judge:

On June 8, 2023, the Court granted Corporation Counsel's request for a thirty-day window to investigate Plaintiff's allegations regarding the purported "Sergeant Jane Does" in this case and to provide responsive information regarding those individuals. *See* Dkt. No. 111. No such information has been provided. Corporation counsel is directed to provide the information contemplated in that order by no later than July 14, 2023.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: July 11, 2023
       New York, New York
                                                                _____
                                                                       GREGORY H. WOODS
                                                                     United States District Judge