```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
HILARY A. BEST, :
:
                                   Plaintiff, :        1:21-cv-779-GHW
:
                  -v - :         ORDER
:
JAMES MERCHANT, *New York City Correction* :
*Officer, Shield #8237*, *et al.*, :
:
                              Defendants. :
:
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

      On August 10, 2023, a document was filed on the docket indicating that the United States Marshals Service's attempted service, on August 7, 2023, of Defendant David Hayes at the address previously provided by Corporation Counsel was unsuccessful because "no person by [his] name [ ] is known at [the] address." Dkt. No. 119; *see* Dkt. No. 110 at 2 (Corporation Counsel providing the address). Corporation Counsel has already been directed to provide a status update concerning Sgt. Jane Does in Plaintiff's fourth amended complaint by letter to this Court by no later than August 16, 2023. *See* Dkt. No. 117. Corporation Counsel is hereby further ORDERED to confirm, in that same letter, that the address provided for David Hayes in Dkt. No. 110 is the only address of service that they are aware of for that individual.

      The Clerk of Court is directed to mail a copy of this order to Plaintiff.

      SO ORDERED.

Dated: August 11, 2023
       New York, New York

                                                                  GREGORY H. WOODS
                                                   United States District Judge