```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
HILARY BEST,                                                     :
                                                                 :
                                        Plaintiffs,              :    1:21-cv-779-GHW
                                                                 :
                   -v –                                          :        ORDER
                                                                 :
JAMES MERCHANT, et al.,                                          :
                                        Defendants.              :
                                                                 :
---------------------------------------------------------------- :
                                                                 X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/2023

GREGORY H. WOODS, United States District Judge:

On November 14, 2023 at 10:00 a.m., the Court held an in-person status conference to discuss discovery in this matter. Dkt. No. 133. Because Plaintiff failed to appear at that conference as required, it is adjourned to November 15, 2023 at 11:00 a.m. The conference will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: November 14, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge