```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
HILARY BEST,               :
:
                Plaintiff, :
:
        -v-                :         1:21-cv-779-GHW
:
JAMES MERCHANT, et al.,    :
                Defendants.:         ORDER
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

As discussed at the November 15, 2023 conference, Plaintiff is ordered to provide to Defendants the signed release discussed in the letter at Dkt. No. 131 by December 1, 2023. Also as discussed, Plaintiff's first set of interrogatories pursuant to Fed. R. Civ. P. 33.3(a) and request for production of documents pursuant to Fed. R. Civ. P. 34 must be served no later than December 15, 2023. Plaintiff is also ordered to respond to Defendants' interrogatories and any outstanding document production requests by December 15, 2023.

The deadline for completion of fact depositions is January 28, 2024. Requests to admit pursuant to Fed. R. Civ. P. must be served by December 29, 2023. Contention interrogatories pursuant to Rule 33.3(c), if any, must be served by December 29, 2023. The deadline for completion of all fact discovery is January 28, 2024. Motions for summary judgment, if any, are due February 27, 2024. All other deadlines in the Court's October 30, 2023 order remain in full force and effect. Dkt. No. 132.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: November 20, 2023

                                        _____
                                           GREGORY H. WOODS
                                           United States District Judge