```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    HILARY BEST,

                              Plaintiff,

             -v-                                  1:21-cv-779-GHW

    JAMES MERCHANT, *et al.*,
                              Defendants.         ORDER
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The Court observes that on April 22, 2024, Plaintiff filed multiple discovery related document on the docket of this case. Dkt. Nos. 153–158. The Court directs Plaintiff to review and comply the with Federal Rules of Civil Procedure and the ECF Filing Rules, in particular, Fed. R. Civ. P. 5(d)(1) and ECF Rule 13.20. That ECF Rule reads as follows: "[s]hould discovery related requests and responses be electronically filed? No. Most discovery related requests and responses 'must not be filed until they are used in the proceeding or the court orders filing . . .' (see Fed. R. Civ. P. 5(d)(1)). When the filing of discovery related material is appropriate only relevant excerpts should be filed (see Local Civil Rule 5.1 and ECF Rule 5.2)." Fed. R. Civ. P. 5(d)(1)(A) specifically addresses whether interrogatories and document requests should be filed; it does not permit the filing made by Plaintiff here. The Court has not ordered this discovery material to be filed, and it is not being used in the proceeding. Therefore, it was not properly filed in the docket of this case. The Court again directs Plaintiff to comply with the Federal Rules of Civil Procedure and the ECF Filing Rules.

        SO ORDERED.

Dated: April 22, 2024
       New York, New York
                                                                               _____
                                                                             GREGORY H. WOODS
                                                                        United States District Judge