```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
HILARY BEST,                                                   :
                                                               :
                                         Plaintiff,            :   1:21-cv-00779-GHW
                                                               :
                        -v-                                    :   ORDER
                                                               :
JAMES MERCHANT, et al.,                                        :
                                                               :
                                         Defendants.           :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      As stated on the record during the conference held on August 19, 2024, the Court will grant an extension of time to complete discovery. The deadline for the completion of discovery is extended to December 20, 2024. The deadline for the completion of all expert discovery is extended to December 20, 2024. Every party-proponent of a claim (including any counterclaim, cross-claim, or third-party claim) that intends to offer expert testimony in respect of such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by November 15, 2024. Every party-opponent of such claim that intends to offer expert testimony in opposition to such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by November 29, 2024. The deadline for submission of motions for summary judgment, if any, is extended to January 19, 2025. A status conference will be scheduled for January 6, 2025 at 4:00 p.m. The joint status letter requested in the case management plan and scheduling order entered on March 22, 2023, Dkt. No. 96, is due no later than December 30, 2024. Except as expressly modified by this order, the case management plan entered by the Court on March 22, 2023, Dkt. No. 96, remains in full force and effect.

      The Court understands that counsel for the Defendants will file a letter with the Court on or before August 23, 2024, updating the court on whether Captain Stephanie Negron will waive service of process.

It is further ORDERED that Plaintiff respond fully and completely to the outstanding discovery requests identified in Defendants' letter motion dated July 25, 2024, Dkt. No. 168, by no later than October 18, 2024.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 168. The Clerk of Court is further directed to mail a copy of this order to Plaintiff by certified mail.

SO ORDERED.

Dated: August 19, 2024
       New York, New York

_____
GREGORY H. WOODS
United States District Judge