UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X

```
                                        :
HILARY BEST,                            :
                                        :
                            Plaintiff,  :
                                        :
                -v-                     :
                                        :
JAMES MERCHANT, et al.,                 :
                                        :
                          Defendants.   :
                                        :
--------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/2024

1:21-cv-779-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On November 22, 2024, Defendants filed a motion to dismiss pursuant to Fed. R. Civ. P. 41(b) and 37(b)(2). Dkt. No. 181. In the Court's order dated January 25, 2023, counsel was directed to review and comply with the Court's Individual Rules of Practice in Civil Cases. Dkt. No. 91. Pursuant to the Court's Individual Rule 2(E), pre-motion submissions are required for motions to dismiss. Defendants did not file a pre-motion submission before filing their motion to dismiss. Accordingly, that motion is denied without prejudice. If Defendants wish to renew their motion at a later date, they are directed to do so in compliance with the Court's Individual Rule 2(E).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 181. The Clerk of Court is further directed to mail Plaintiff a copy of this Order by certified mail.

SO ORDERED.

Dated: November 25, 2024

_____
GREGORY H. WOODS
United States District Judge