```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
HILARY BEST,                                                      :
                                                                  :
                                        Plaintiff,                :    1:21-cv-779-GHW
                                                                  :
                      -v-                                         :         ORDER
                                                                  :
JAMES MERCHANT, et al.,                                           :
                                                                  :
                                        Defendants.               :
                                                                  :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/2024

GREGORY H. WOODS, United States District Judge:

On November 22, 2024, Plaintiff filed a letter requesting an extension of the deadline for the parties to complete discovery. Dkt. No. 182. Defendants filed a letter opposing Plaintiff's application on November 25, 2024. Dkt. No. 183. The Court will hold a conference on December 5, 2024 at 4:30 p.m. to discuss Plaintiff's request to extend discovery and any other discovery disputes the parties wish to address before the close of discovery. The conference will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007. The Clerk of Court is directed to mail Plaintiff a copy of this Order by certified mail.

SO ORDERED.

Dated: November 25, 2024

_____
GREGORY H. WOODS
United States District Judge