```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
HILARY BEST,                                                   :
                                                               :
                                        Plaintiff,             :    1:21-cv-779-GHW
                                                               :
                        -v-                                    :    ORDER
                                                               :
JAMES MERCHANT, *et al.*,                                      :
                                                               :
                                        Defendants.            :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On November 27, 2024, Defendants filed a letter requesting a pre-motion conference for their proposed motion to dismiss for failure to prosecute. Defendants' application is granted. The Court will discuss the proposed motion to dismiss at the conference scheduled for December 5, 2024 at 4:30 p.m. in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 186 and to mail a copy of this order to Plaintiff by certified mail.

SO ORDERED.

Dated: November 27, 2024

                                        _____
                                        GREGORY H. WOODS
                                        United States District Judge