```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                       :
HILARY BEST,                             :
                                       :
                         Plaintiff,   :       1:21-cv-779-GHW
                                       :
              -v-                       :          <u>ORDER</u>
                                       :
JAMES MERCHANT, *et al.*,    :
                                       :
                     Defendants.   :
                                       :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       By letter dated December 2, 2024, Plaintiff requested an adjournment of the conference scheduled for December 5, 2024. Dkt. No. 188. Defendants do not oppose Plaintiff's application. Dkt. No. 189. Plaintiff's application is granted. The conference scheduled for December 5, 2024 is adjourned to December 6, 2024 at 1:00 p.m. in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007. The Clerk of Court is directed to mail a copy of this order to Plaintiff by certified mail.

       SO ORDERED.

Dated: December 3, 2024
          New York, New York

                                                   _____
                                                         GREGORY H. WOODS
                                                         United States District Judge