```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                              :

HILARY BEST,                               :

                            Plaintiff,    :        1:21-cv-779-GHW

                                            :

                 -v-              :           ORDER

                                            :

JAMES MERCHANT, *et al.*,        :

                        Defendants.  :

                                            :
--------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      As discussed during the conference held on the record on December 6, 2024, the Court grants Plaintiff's request for an extension of time to complete discovery for a limited purpose. The deadline for the completion of discovery is extended to January 30, 2025 for the sole purpose of allowing Plaintiff to depose the witnesses that he listed on the record during the December 6, 2024 conference. For all other discovery matters, the deadline for the completion of discovery remains December 20, 2024. The deadline for submission of motions for summary judgment, if any, is extended to March 3, 2025. A status conference will be held on February 18, 2025 at 1:00 p.m. in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007. The joint status letter requested in the case management plan and scheduling order entered on March 22, 2023, Dkt. No. 96, is due no later than February 11, 2025. Except as expressly modified by this order, the case management plan entered by the Court on March 22, 2023, Dkt. No. 96, and all other scheduling orders issued by the Court remain in full force and effect. The Clerk of Court is directed to mail a copy of this order to Plaintiff by certified mail.

      SO ORDERED.

Dated: December 6, 2024
      New York, New York

                                                             GREGORY H. WOODS
                                                      United States District Judge