```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
HILARY BEST,                                                   :
                                                               :
                                      Plaintiff,               :    1:21-cv-779-GHW
                                                               :
                     -v-                                       :           ORDER
                                                               :
JAMES MERCHANT, et al.,                                        :
                                                               :
                                      Defendants.              :
                                                               :
-------------------------------------------------------------- X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/2025
```

GREGORY H. WOODS, United States District Judge:

On December 6, 2024, the Court granted an extension of discovery for the limited purpose of allowing Plaintiff to depose the witnesses he listed on the record during the conference on that same day. Dkt. No. 194. Plaintiff was given until January 30, 2025 to complete these depositions. By letter dated January 21, 2025, Plaintiff raised concerns about the depositions of Defendant Negron and Defendant Merchant taken remotely on January 13, 2025. Dkt. No. 200. Plaintiff requested that the Court order Defendants "to produce and/or provide verifiable evidence of [the deponents'] incapacity to attend an in-person deposition, and that in failing to provide such evidence, that the remaining defendants, Mr. Merchant and Mr. Acosta, be required to appear for and attend in-person depositions." *Id.* By letter dated January 27, 2025, counsel for Defendants responded to Plaintiff's letter. Dkt. No. 204. By letter dated January 29, 2025, Plaintiff reiterated his concerns and raised a separate discovery issue. Dkt. No. 205.

The Court will hold a teleconference on January 31, 2025 at 1:00 p.m. to discuss these matters. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2(C) of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties should call into the Court's dedicated conference line at (855) 244-8681, and enter Access Code 2318-572-4826, followed by the

pound (#) key.

    SO ORDERED.

Dated: January 30, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge