UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
:
HILARY BEST,                                                     :
                                                                 :
                                   Plaintiff,                    :
                                                                 :
                -v-                                              :
                                                                 :
JAMES MERCHANT, *et al.*,                                        :
                                                                 :
                                   Defendants.                   :
                                                                 :
---------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/2025

1:21-cv-779-GHW

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

By order dated March 19, 2025, the Court extended discovery for the limited purpose of allowing Plaintiff to complete the depositions of Mr. Merchant and Mr. Acosta. Dkt. No. 213. As ordered in the Court's March 19, 2025 order, the depositions of Mr. Merchant and Mr. Acosta must be completed no later than April 30, 2025. *Id.* The deadline for submission of motions for summary judgment, if any, is extended to May 30, 2025. The Court will hold a status conference on May 12, 2025 at 4:00 p.m. The conference will be conducted by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules. A joint letter updating the Court on the status of the case shall be filed on ECF by May 7, 2025. The letter should include the following information in separate paragraphs:

(1) all existing deadlines, due dates, and/or cut-off dates;

(2) a brief description of any outstanding motions;

(3) a brief description of the status of discovery and of any additional discovery that remains to be completed;

(4) the status of settlement discussions;

(5) the anticipated length of trial and whether the case is to be tried to a jury;

(6) whether the parties anticipate filing motions for summary judgment; and

(7) any other issue that the parties would like to address at the pretrial conference or any
    other information that the parties believe may assist the Court.

SO ORDERED.

Dated:  March 20, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge