UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

HILARY BEST,                                        :
                                                    :
                                                    :
                           Plaintiff,               :          1:21-cv-779-GHW
                                                    :
            -v-                                     :          ORDER
                                                    :
JAMES MERCHANT, *et al.*,                           :
                                                    :
                           Defendants.              :
                                                    :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On January 8, 2026, Plaintiff Hilary Best filed a memorandum of law in further opposition to Defendants' motion for summary judgment. Dkt. No. 237. Defendants filed their motion on October 6, 2025, Dkt. No. 228, and Plaintiff filed an opposition on October 30, 2025, Dkt. No 233. Because the Court did not grant prior leave for Mr. Best to file this sur-reply, the motion was fully briefed upon Defendants' filing of their reply, Dkt. No. 236. However, recognizing the solicitude with which the Court must treat submissions by *pro se* litigants, the Court will nonetheless consider Mr. Best's filing in resolving Defendants' motion. The Court will not accept further submissions on the motion filed without prior leave of Court.

The Clerk of Court is directed to mail a copy of this order to Mr. Best by certified mail.

SO ORDERED.

Dated: January 13, 2026
       New York, New York

                                           _____
                                                GREGORY H. WOODS
                                              United States District Judge