# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

HILARY A. BEST,

                              Plaintiff,                      21 **CIVIL** 0779 (GHW)

        -against-                                   **JUDGMENT**

JAMES MERCHANT, et al.,

                           Defendants.

-------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion and Order dated May 12, 2026, Defendants' motion for summary judgment is GRANTED.

      The Court certifies, pursuant to 20 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:**  New York, New York

    May 14, 2026

                                    **TAMMI M. HELLWIG**

                                  _____

                                    **Clerk of Court**

                    **BY:**        _____

                                      **Deputy Clerk**